John R. Keough, III
Peter C. Dee
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiffs
Kelso Enterprises Limited and Pacific Fruit Limited
111 Broadway, 4th Floor
New York, New York 10006
(212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Kelso Enterprises Limited and Pacific Fruit Limited,

                Plaintiffs,                  08 Civ. 8226 (SAS)

        -against-                  **PLAINTIFFS' INITIAL
                                                                     DISCLOSURE PURSUANT
M/V DIADEMA, her engines, boilers, etc., M/V             <u>TO RULE 26(a)(1)</u>**
ROTTERDAM, her engines, boilers, etc., M/V
MARYSTOWN, her engines, boilers, etc., *in rem*, A.P.
Moller – Maersk A/S, Maersk Line, Maersk del
Ecuador C.A., CW Schiffahrts GmbH & Co KG, JMS
Schiffahrtsges mbH & Co KG ms 'Antares J', Seaspan
Corp., *in personam*,

                Defendants.
-------------------------------------------------------------------X

        Plaintiffs Kelso Enterprises Limited and Pacific Fruit Limited, by their undersigned attorneys, state as follows for their Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**I.**

        The following persons likely have discoverable information relating to the condition of the subject cargo at loading and/or discharge, and the quantum of damages to the cargo, including efforts to mitigate the losses:

    1.    Ricardo Chiriboga
           Quality Manager
           Pacific Fruit Limited
           Toranomom 1 – Chome Mori Bldg. 7th Floor
           1-19-5 Toranomom, Minato-KU
           Tokyo, Japan  105-0001

    2.    Malena Lopez
           Maersk Line
           Maersk del Ecuador C.A
           Av. Juan Tanca Marengo, Km 1.8
           Conauto Bldg. 3rd floor.
           Guayaquil - Ecuador
           Tel: +593 4 2682531

    3.    Quality Control Representative
           Exportadora Bananera Noboa S.A.
           101 El Oro y La Ria
           Guayaquil, Ecuador

    4.    Crones & Co., Ltd.
           273 Yamashita-Cho
           Naka-Ku, Yokohama
           231-0023 Japan

    5.    The Captain, Chief Officer, Reefer Engineer and/or other officers of the defendant vessels.

## II.

Plaintiffs may use the following documents or categories of documents and things to support their defenses:

    1.    Bills of Lading; provided to defendants' counsel on December 4, 2008.

    2.    Fixture Letter dated 15 January 2007; provided to defendants' counsel on January 22, 2009.

    3.    Crones & Co., Ltd. invoice and report dated 14 November 2007; provided to defendants' counsel on December 4, 2008.

    4.    Customer invoices for fruit dumped in Japan or sold at a loss in China or Japan; documents located in Tokyo, Japan.

5. Invoices for stevedoring and dumping costs; documents located in Tokyo, Japan.

6. Documents of the shipper showing good order and condition of the subject cargo at delivery to carrier in Ecuador.

### III.

A computation of each category of damages claimed by plaintiffs is annexed hereto as Appendix A.

Dated: New York, New York
February 27, 2009

**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiffs
Kelso Enterprises Limited and Pacific Fruit Limited

By: S/ John R. Keough, III
John R. Keough, III
Peter C. Dee
111 Broadway, 4th Floor
New York, New York 10006
Telephone: (212) 227-3550
p.dee@waeschelaw.com

**TO:** James L. Ross, Esq.
Freehill, Hogan & Mahar LLP
Attorneys for Defendants
A.P. Moller-Maersk A/S,
Maersk Line and Maersk del Ecuador C.A.
80 Pine Street
New York, New York 10005
(212) 425-1900

3

**APPENDIX A**

**I. LOSS FOR DAMAGED FRUIT DUMPED IN JAPAN**

   A. Total of 1,996 boxes dumped

      1. Morado
         403 boxes @ $13.68 / box (SMV)     $5,511.00
      2. Orito
         1,493 boxes @ $11.54 / box (SMV)   17,227.00
      3. Enano CP
         100 boxes @ $11.54 / box (SMV)     1,154.00

                                                     $23,892.00

   B. Additional Costs

      1. Dumping                              $4,222.00
      2. Survey                                   936.00
      3. Extra Handling                 3,369.00
                                                      8,527.00

   Total A + B                                                                  $32,419.00

**II. LOSS FOR DAMAGED FRUIT SOLD IN JAPAN**

   Total of 8,321 boxes sold at reduced price

      1. Bonita
         5,324 boxes @ loss of $1.71 / box     $9,104.00
      2. Sanito
         1,097 boxes @ loss of $0.43 / box       472.00
      3. Enano CP
         1,900 boxes @ loss of $0.43 / box       817.00

                                                          $10,393.00

**III. LOSS FOR DAMAGED FRUIT SOLD IN CHINA**

   Total of 44,905 boxes sold at a loss in China

1. Bonita (SMV 12.82 in Japan)
   43,326 boxes @ loss of $8.57 / box        $371,304.00
2. Sanito (SMV 12.82 in Japan)
   1,579 boxes @ loss of $8.57 / box          13,532.00

                                                                                                                                    $384,859.00

**LOSS (I, II & III)***                                                                                   **$427,671.00**

\* Subject to Revision. Plus interest, costs, and attorney's fees.
  All calculations based on exchange rate of 1 U.S. Dollar to 117 Japanese Yen.